UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cr-20604-GAYLES/TORRES

UNITED STATES OF AMERICA

v.

**ALEX WESTBROOK**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court on Magistrate Judge Edwin G. Torres's Report and Recommendation (the "Report") [ECF No. 42] on Defendant Alex Westbrook's Motion to Suppress Physical Evidence and Statements (the "Motion") [ECF No. 23]. On October 30, 2021, Defendant was subject to a vehicle stop and search, arrested, and later charged with one count of Hobbs Act robbery under 18 U.S.C. § 1951(a), one count of brandishing a firearm in furtherance of a crime of violence under 18 U.S.C. § 924(c)(1)(A)(ii), and one count of being a felon in possession of a firearm and ammunition in violation of 18 U.S.C. § 922(g)(1). [ECF No. 6]; [ECF No. 42 at 2–6]. On May 31, 2022, Defendant filed the instant Motion in which he seeks to suppress "the firearm, all other materials found in the car, and any statements made thereafter" because "police lacked reasonable suspicion or probable cause to stop his vehicle, search his person, search his vehicle, and arrest him." [ECF No. 23 at 1]. On May 31, 2022, the Court referred the Motion to Judge Torres, pursuant to 28 U.S.C. § 636(b)(1)(B), for a report and recommendation. [ECF No. 26]. On July 15, 2022, Judge Torres issued his Report recommending that the Motion be

denied. [ECF No. 42]. On July 21, 2022, Defendant timely filed his Objections to the Report. [ECF No. 45].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objections are made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Having conducted a *de novo* review of the record, the Court agrees with Judge Torres's well-reasoned analysis and conclusion that the Motion should be denied.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Edwin G. Torres's Report and Recommendation, [ECF No. 42], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.

2. Defendant Alex Westbrook's Motion to Suppress, [ECF No. 23], is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21st day of July, 2022.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE